# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAURA BOELENS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>REALPAGE, INC., et al.,<br><br>　　　　　Defendants. | CASE NO. C22-1802JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

This case is hereby transferred to the Honorable Robert S. Lasnik. All future pleadings shall bear the cause number C22-1802RSL.

Filed and entered this 22nd day of December, 2022.

//

//

//

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk